FILED

06/08/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 21-0426

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 21-0426

_____

FLYING T RANCH, LLC, a Montana
limited liability company,

       Plaintiff and Appellee,

  v.

CATLIN RANCH, LP, a Montana limited partnership,

       Defendant and Appellant,

MEAGHER COUNTY BY & THROUGH ITS
COMMISSION, SCOTT JACKSON, LYNN JACKSON,
DEBRA WILLIAMS, LISA ANDERSON, BERT
WILLIAMS & CONNIE HIX,                         O R D E R

       Defendants.

_____

CATLIN RANCH, LP, a Montana limited partnership,

       Cross-Claimant and Appellant,

  v.

DEBRA WILLIAMS, LISA ANDERSON, BERT
WILLIAMS and CONNIE HIX,

       Cross-Claim Defendants and Appellees.

_____

     Pursuant to the Internal Operating Rules of this Court, this cause is classified for submission on briefs to a five-justice panel of this Court.

     The Clerk is directed to provide a copy hereof to all counsel of record and to the Honorable Brenda R. Gilbert, District Judge.

For the Court,

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
June 8 2022